UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

DEC 18 2015

CLERK, U.S. ...
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

STEPHEN R. FUNK,

       Defendant

Criminal No. 1:15-cr-172-1

## STATEMENT OF FACTS

The United States and the defendant, STEPHEN R. FUNK, agree that the following is true and that had this matter proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt through admissible and credible evidence and testimony:

1.    In about September 2014, law enforcement agents of the Federal Bureau of Investigation learned of a website ("Website A") operated by a group of individuals, including one individual in the Eastern District of Virginia. The object and purpose of Website A was to entice children to engage in sexual activity through live web camera videos. Members of Website A had access to private portions of the website and were able to view and download child pornography from the website, including child pornography that they had produced using web-camera videos of children who had been lured to the site. Website A was shut down in September 2014 by its members due to security concerns, and in about October 2014, members of Website A started Website B, which had substantially the same purpose and functionality as Website A.

2. Members of Website A and Website B scoured social media and video-sharing sites popular with children and young teenagers to try to meet them and lure them to Website A and Website B. In some instances, this was done by members who pretended to be minors themselves, and in other instances, this was accomplished by custom-designed automated programs.

3. Members engaged in "linking" to lure minor victims by generating and posting a link which—if clicked—took the minor victim into a chat room on Website A or Website B that appeared to be a private one-on-one chat. In reality, other members who stayed in the general "lounge" area could receive notifications that a minor victim had entered a chat room. This notification provided the minor victim's screen name for the website, their room location, and their geographic location by city and state. Members waiting in the "lounge" could then enter the room invisibly and watch the activity unannounced and unbeknownst to the minor victim.

4. After the original member invited the minor victim into the private chat (i.e. "linked" the minor), that member or other members chatted with the minor victim on Website A or Website B, and often used deception to persuade, induce, entice, or coerce the minor victim into producing and transmitting sexually explicit videos of themselves. While text-chatting with the minor in real-time, some members posed as minors themselves and simultaneously streamed pre-recorded video of child pornography captured by web-camera (these videos were called "loops") to trick the minor victim into engaging in sexually explicit behavior on web camera as well. The unwitting minor victim did not know that video that they transmitted on the site was being watched in real-time by multiple "upgraded" users of the sites or was being recorded and would be available for select users to download and view later.

5. The foregoing methods were not the exclusive means used to persuade, induce, entice or coerce minors to engage in sexually explicit webcam videos. Members also chatted openly with minors in private rooms, meaning that the members would neither pretend to be minors nor hide the presence of others in a room.

6. Website A tracked members' contributions to the website, ranking for example, the most prolific at "Chatting," "Looping," and "Linking." Members also referred to "wins" as successfully linking and luring a minor victim into engaging in sexually explicit conduct.

7. To date, the FBI has identified more than 240 minor victims, although it is estimated that the conspiracy involved more than a thousand child victims in the United States and abroad. At least 137 of these victims engaged in sexually explicit conduct on web camera on Website A or Website B. The FBI has identified more than 65,000 videos associated with Website A and Website B. To date, approximately 9,000 of these vidoes have been identified as child pornography, with many other videos being sexually suggestive.

8. Defendant STEPHEN R. FUNK was a member of Website A and Website B and used "destiny," "derp," and "orion" as his online names. Defendant FUNK became a member and logged into each of these websites with knowledge that the purpose and objectives of the websites were to coerce or entice children to engage in sexually explicit conduct online and with intent to engage in a conspiracy to produce, transmit a live visual depiction of, distribute, receive, possess, and access with intent to view child pornography.

9. Defendant STEPHEN R. FUNK was a "chatter" and played "loops." On or about August 10, 2014, defendant FUNK, using the name "Destiny," chatted on Website A with two minors who purported to be 10 years old (Minor U) and 12 years old (Minor T). Defendant Funk

represented himself to be a 12-year-old female and played a "loop" to entice one of the minors to engage in sexually explicit activity including exposing her breasts and vagina to the web-camera:

> Sun Aug 10 02:00:42 EDT 2014, MINOR U_MINOR T to all: MINOR U is me im 10
> Sun Aug 10 02:00:53 EDT 2014, MINOR U_MINOR T to all: im MINOR T 12
> Sun Aug 10 02:01:03 EDT 2014, Destiny(99.175.89.100) to all: o ok im 12. whats the wildest thing u guys done?
> Sun Aug 10 02:01:15 EDT 2014, MINOR U_MINOR T to all: get fully naked
> Sun Aug 10 02:01:31 EDT 2014, ohdanggg (XX.XXX.XXX.XXX) has left the room r11815
> Sun Aug 10 02:01:33 EDT 2014, MINOR U_MINOR T to all: u?
> Sun Aug 10 02:01:35 EDT 2014, Destiny(99.175.89.100) to all: nice u guys ever kiss?
> Sun Aug 10 02:01:39 EDT 2014, MINOR U_MINOR T to all: no
> Sun Aug 10 02:01:43 EDT 2014, Destiny(99.175.89.100) to all: i played lots b4
>
> \*   \*   \*
>
> Sun Aug 10 02:17:49 EDT 2014, Destiny(99.175.89.100) to all: how about show V real close?
> Sun Aug 10 02:17:53 EDT 2014, Destiny(99.175.89.100) to all: thats a wild one
> Sun Aug 10 02:18:00 EDT 2014, MINOR U_MINOR T to all: kk
> Sun Aug 10 02:18:28 EDT 2014, Destiny(99.175.89.100) to all: nice u know how to spread it?
> Sun Aug 10 02:18:56 EDT 2014, MINOR U_MINOR T to all: is that ggod
> Sun Aug 10 02:18:56 EDT 2014, MINOR U_MINOR T to all: ?
> Sun Aug 10 02:19:06 EDT 2014, Destiny(99.175.89.100) to all: works better when ur sitting down u have a chair?
> Sun Aug 10 02:19:07 EDT 2014, MINOR U_MINOR T to all: *good
> Sun Aug 10 02:19:10 EDT 2014, MINOR U_MINOR T to all: ?
> Sun Aug 10 02:19:26 EDT 2014, Destiny(99.175.89.100) to all: there u go u could put ur legs up n see better
> Sun Aug 10 02:19:50 EDT 2014, Destiny(99.175.89.100) to all: wow thats pretty good how about her?
> Sun Aug 10 02:20:08 EDT 2014, MINOR U_MINOR T to all: she said no thanks
> Sun Aug 10 02:20:16 EDT 2014, Destiny(99.175.89.100) to all: o ok
> Sun Aug 10 02:20:20 EDT 2014, MINOR U_MINOR T to all: yea
> Sun Aug 10 02:20:23 EDT 2014, MINOR U_MINOR T to all: u?
> Sun Aug 10 02:20:25 EDT 2014, Destiny(99.175.89.100) to all: maybe try butt up close n spread like i did
> Sun Aug 10 02:23:55 EDT 2014, Destiny(99.175.89.100) to all: shes cute shouldnt be shy
> Sun Aug 10 02:24:02 EDT 2014, Destiny(99.175.89.100) to all: its fun :)

10. On or about March 17, 2014, Defendant STEPHEN R. FUNK, using the name "Destiny," chatted on Website A with Minor A, an identified minor who is under the age of 18, and enticed the minor to engage in sexually explicit activity including masturbation, on web camera.

11. On May 27, 2015, FBI agents executed a search warrant at defendant STEPHEN R FUNK's residence. After being informed of his *Miranda* rights, defendant FUNK admitted to

being a member of Website A and chatting with children on Website A. He also stated that he pretended to be a 15- or 16-year-old female and played "loops" of children in different stages of undress.

12. A review of defendant Funks's computer media revealed that he downloaded over 10,000 videos from Websites A and B; at least 1,500 of those videos constitute child pornography.

13. The Statement of Facts includes those facts necessary to support the defendant's guilty plea. It does not include each and every fact known to the defendant or to the government and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

14. The actions of the defendant, as recounted above, were in all respects knowing and intentional, and were not committed by mistake, accident or other innocent reason.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Tracy Doherty-McCormick
Assistant United States Attorney
Lauren Britsch
Special Assistant United States Attorney (LT)

## DEFENDANT'S SIGNATURE

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: 13 Dec '15

_____
STEPHEN R. FUNK
Defendant

## DEFENSE COUNSEL'S SIGNATURE

I am STEPHEN R. FUNK's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: 13 Dec '15

_____
JOHN C. KIYONAGA, ESQ.
Counsel for the Defendant

U. S. DEPARTMENT OF JUSTICE
Statement of Special Assessment Account

This statement reflects your special assessment only. There may be other penalties imposed at sentencing.

| ACCOUNT INFORMATION ||
|---|---|
| CRIM. ACTION NO.: | 1:15-cr-172-1 |
| DEFENDANT'S NAME: | Stephen R. Funk |
| PAY THIS AMOUNT: | $100 |

INSTRUCTIONS:

1. **MAKE CHECK OR MONEY ORDER PAYABLE TO:**
   *CLERK, U.S. DISTRICT COURT*

2. **PAYMENT MUST REACH THE CLERK'S OFFICE BEFORE YOUR SENTENCING DATE**

3. **PAYMENT SHOULD BE SENT TO:**

|  | In person (9 AM to 4 PM) | By mail: |
|---|---|---|
| **Alexandria cases:** | Clerk, U.S. District Court  401 Courthouse Square  Alexandria, VA 22314 ||

4. **INCLUDE DEFENDANT'S NAME ON CHECK OR MONEY ORDER**

5. **ENCLOSE THIS COUPON TO ENSURE PROPER and PROMPT APPLICATION OF PAYMENT**

16